**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-2469**

———————

MONICA B. YOUNG,

                              Plaintiff - Appellant,

        versus

STATE OF NORTH CAROLINA,

                              Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at New Bern.  Malcolm J. Howard, District Judge.  (CA-01-151-4-H)

———————

Submitted:  January 31, 2002        Decided:  February 6, 2002

———————

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Monica B. Young, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Monica B. Young appeals the district court's order dismissing her civil complaint under 28 U.S.C.A. § 1915(e)(2)(B)(iii) (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Young v. North Carolina</u>, No. CA-01-151-4-H (E.D.N.C. Nov. 5, 2001). We further deny Young's motion to disqualify the district court judge. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2